UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VIRGINIA DUNN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:18-CV-967-B-BH |
| ) | |
| BRADLEY MILLER, ) | |
| ) | |
| Defendant. ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Defendant's *Motion for Preliminary Relief Regarding First Amendment Violations*, filed April 23, 2018, (doc. 21), and his *Motion to Correct Plain Errors*, also filed April 23, 2018, (doc. 24) are **DENIED**. By separate judgment, this action will be *sua sponte* **REMANDED** to the 330th District Court of Dallas County, Texas, for lack of subject matter jurisdiction.

**SIGNED** this 16th day of May, 2018.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE